**Opinion issued January 22, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-14-00554-CV**

————————————

**JENNIFER MANSBACH, Appellant**

**V.**

**SANDRA CASTELLON, Appellee**

---

**On Appeal from the 150th District Court**
**Bexar County, Texas**
**Trial Court Case No. 2013-CI-08464**

---

**MEMORANDUM OPINION**

Appellant, Jennifer Mansbach, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.